# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-01242 AHM (DTBx) | Date | July 6, 2011 |
|---|---|---|---|

| Title | ESTATE OF DAVID R. FOSTER v. AEHUI GOMER et al. |
|---|---|

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:     Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

     The Court hereby DENIES as moot the parties' Joint Request[1] for an Order continuing the hearing date of specially appearing Defendant Donna White's Motion to Dismiss, as that Motion was taken under submission on May 20, 2011. Dkt. 40.

Initials of Preparer     SMO

---

[1] Dkt. 20.