Jeffrey E. Grell (*pro hac vice*)
**Grell & Feist LLC**
825 Nicollet Mall, Suite 1648
Minneapolis, MN 55402

Telephone: 612-259-8314
Telefax: 612-354-7230
Email: jgrell@grellfeist.com

Attorneys for ESTATE OF DAVID R. FOSTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF DAVID R. FOSTER, by its Executor Sarah Foster,<br><br>  Plaintiff,<br><br>vs.<br><br>AEHUI GOMER, DONNA WHITE, YONG SAM CHANG, a/k/a MICHAEL CHANG, and SUNG HUI KIM,<br><br>  Defendants. | Case No.   CV 11-1242 PA CDTBx<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT DONNA WHITE**<br><br>[Fed. R. Civ. Proc. 41(a)] |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties to the above-captioned action, by and through their respective counsel, hereby stipulate that all claims asserted (and that could have been asserted) by Plaintiff Estate of David R. Foster's against Defendant Donna White have been fully and

finally resolved, have been fully compromised and settled, and are hereby dismissed with prejudice, each party to bear its own costs, expenses, and attorney's fees. Nothing herein shall be construed to affect, directly or indirectly, Plaintiff's continued prosecution of or to act as a dismissal of any claims that Plaintiffs has against the remaining Defendants, Aehui Gomer, Yong Sam Chang, or Sung Hui Kim.

Dated: September 13, 2013            BLANK ROME LLP


By:_____/s/_____
Arti L. Bhimani
Attorneys for Defendants
AEHUI GOMER, YONG SAM CHANG
a/k/a MICHAEL CHANG, AND SUNG
HUI KIM



LECLAIRRYAN, LLP


By:_____/s/_____
Christiane C. Kinney
Attorneys for Defendant DONNA WHITE

GRELL & FEIST, LLC


By:_____/s/_____
Jeffrey E. Grell
Attorneys for Plaintiff
ESTATE OF DAVID R. FOSTER,
by its Executor Sarah Foster

Additional and included counsel for Plaintiff:


Gary Kurtz, SBN 128295
**LAW OFFICE OF GARY KURTZ**
 A Professional Law Corporation
20335 Ventura Boulevard, Suite 200
Woodland Hills, California 91364
Telephone:  818-884-8400
Telefax:      818-884-8404
e-Mail:Gary@garykurtzlaw.com

M. David Blake
Clare Culhane
Law Offices of Blake & Associates
Old City Hall
45 School Street
Boston, MA 02108
617-723-3224